UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00213-KDB-DCK

| KEVIN BOLES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TRANSUNION, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on April 13, 2023. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis without prejudice to amending his application or paying the filing fee for the reasons stated in the Court's Order. [Doc. 3]. The Court admonished Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff if Plaintiff failed to comply with the Court's Order. [Id. at 3]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: May 19, 2023

Kenneth D. Bell
United States District Judge